172 So. 608

### GEORGE v. STATE.
### 7 Div. 411.

Supreme Court of Alabama.
Feb. 18, 1937.

———◆———

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Appellant, Tom George, was indicted for the murder of Wilkin Breedlove; was convicted for murder in the first degree, and his punishment fixed at life imprisonment.

The appeal is upon the record, without bill of exceptions.

No error appearing in the record, the judgment is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.